SHAE LUCHETTA, SBN 172462
LUCHETTA LAW PC
755 Santa Rosa Street, Suite 300
San Luis Obispo, CA 93401

(805) 548-0770

Attorneys for Plaintiff
The Old Custom House, Inc.

Email: shae@luchettalaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| The Old Custom House, Inc.,<br>Plaintiff,<br>v.<br>CCC PSC Owner, LLC, a Delaware limited liability company; CCC TRS, LLC, dba Shore Cliff Hotel, a Delaware limited liability company, and DOES 1 to 30, inclusive,<br>Defendant. | CASE NO. 2:25-cv-08814-SRM-E<br>**DEMAND FOR JURY TRIAL**<br>**Judge: Hon. Serena R. Murillo**<br>**Date: October 29, 2025**<br>**Time: 1:30 p.m.**<br>**Ctrm.: 5D** |

Plaintiff and Counter-Defendant The Old Custom House, Inc. hereby demand trial by jury in this action.

Dated: October 8, 2025

LUCHETTA LAW PC
SHAE LUCHETTA

By: *Shae Luchetta*
Shae Luchetta, Attorneys for Plaintiff
The Old Custom House, Inc.