**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

# United States District Court
**Central District of California**
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AP DEPUTY

April 24, 2026

Superior Court of California, County of San Luis Obispo
1050 Monterey Street
San Luis Obispo, CA 93408

Re: Case Number: 2:25-cv-08814-SRM-E
Previously Superior Court Case No. 25CV0546
Case Name: The Old Custom House, Inc. v. CCC PSC Owner, LLC et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 04/24/2026, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: /s/ Lori Muraoka
Deputy Clerk
Lori_muraoka@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

5/7/2026
Date

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN LUIS OBISPO — THE GREAT SEAL OF THE STATE OF CALIFORNIA

Clerk, Superior Court

By: [signature]
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA**
County of San Luis Obispo
1050 Monterey Street
Room 220 – Civil
San Luis Obispo, CA 93408

FORWARDING SERVICE REQUESTED

SANTA CLARITA CA 913
16 MAY 2026PM 2 L

US POSTAGE
$000.74º
First-Class - IMI
ZIP 93408
05/14/2026
036B 0011824734

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 18 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

90012-330934